AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app §§ 101-111)*

| | | |
|---|---|---|
| **I. Person Reporting** (last name, first, middle initial)<br><br>MOLLWAY, SUSAN O. | **2. Court or Organization**<br><br>District of Hawaii | **3. Date of Report**<br><br>6/9/2009 |
| **4. Title** (Article III judges indicate active or senior status: magistrate judges indicate full- or part-time)<br><br>U.S District Judge, Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2008<br>to<br>12/31/2008 |
| **7. Chambers or Office Address**<br><br>United States District Court<br>300 Ala Moana Boulevard, #C409<br>Honolulu, HI 96850-0409 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | American Judicature Society, Hawaii Chapter |
| 2. Liaison from federal court | Hawai'i Supreme Court Commission on Professionalism |
| 3. | |
| 4. | |
| 5 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements )*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3. | |

RECEIVED 2009 JUN 17 A 11:04 FINANCIAL DISCLOSURE OFFICE

**Mollway, Susan O**

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 6/9/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2 | |
| 3 | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children- see pp 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | Harvard Law School/Kirkland & Ellis | 2/21/2008-2/23/2008 | Cambridge, MA | Harvard WLA Conference | Transportation, meals, hotel |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 6/9/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4. | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4 | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 6/9/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g . div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g . buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1 Hawaii State Federal Credit Union common stock | A | Interest | J | T | | | | | |
| 2. Columbus Life Insurance | A | Interest | J | T | | | | | |
| 3. Illinois College Savings Bonds | A | Interest | J | T | | | | | |
| 4. U.S. Savings Bond Series EE | A | Interest | J | T | | | | | |
| 5 EV Worldwide (IRA #1) | A | Dividend | J | T | | | | | |
| 6. DWS Scudder Gold (IRA #1) | A | Dividend | J | T | | | | | |
| 7. ML Bank (IRA #1 & Main IRA) | A | Interest | M | T | | | | | |
| 8 MFS Equity Portfolio (529) | A | Dividend | J | T | | | | | |
| 9. Blackrock 75% Equity (529) | A | Dividend | J | T | | | | | |
| 10. Blackrock Equity Portfolio (529) | A | Dividend | J | T | | | | | |
| 11 FR Temp (529) | A | Dividend | J | T | | | | | |
| 12 AIM Dev Mkt (Main IRA) | A | Dividend | J | T | | | | | |
| 13 Allianz RCM (Main IRA) | A | Dividend | J | T | | | | | |
| 14. Blackrock Equity (Main IRA) | A | Dividend | J | T | | | | | |
| 15 Davis Apprec (Main IRA) | A | Dividend | J | T | | | | | |
| 16 Eaton Vance Div (Main IRA) | A | Dividend | J | T | | | | | |
| 17 Eaton Vance Large (Main IRA) | A | Dividend | J | T | | | | | |

1 Income Gain Codes:
(See Columns B1 and D4)
2 Value Codes
(See Columns C1 and D3)
3 Value Method Codes
(See Column C2)

| | | | | |
|---|---|---|---|---|
| A =$1.000 or less | B =$1.001 - $2.500 | C =$2.501 - $5.000 | D =$5.001 - $15.000 | E =$15.001 - $50.000 |
| F =$50.001 - $100.000 | G =$100.001 - $1.000.000 | H1 =$1.000.001 - $5.000.000 | H2 =More than $5.000.000 | |
| J =$15.000 or less | K =$15.001 - $50.000 | L =$50.001 - $100.000 | M =$100.001 - $250.000 | |
| N =$250.001 - $500.000 | O =$500.001 - $1.000.000 | P1 =$1.000.001 - $5.000.000 | P2 =$5.000.001 - $25.000.000 | |
| P3 =$25.000.001 - $50.000.000 | | P4 =More than $50.000.000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 6/9/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e g , div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Goldman Sachs Growth (Main IRA) | A | Dividend | J | T | | | | | |
| 19. Jennison Utility (Main IRA) | A | Dividend | K | T | | | | | |
| 20. Jennison Natural (Main IRA) | A | Dividend | J | T | | | | | |
| 21. JP Morgan Intern (Main IRA) | A | Dividend | J | T | | | | | |
| 22. MFS Intern (Main IRA) | A | Dividend | J | T | | | | | |
| 23. Oppenheimer Gold (Main IRA) | A | Dividend | J | T | | | | | |
| 24. Virtus Foreign (formerly Phoenix Foreign) (Main IRA) | A | Dividend | J | T | | | | | |
| 25. Virtus Value (formerly Phoenix Insight) (Main IRA) | A | Dividend | K | T | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. INVESTMENTS and TRUSTS

| Name of Person Reporting | Date of Report |
|---|---|
| MOLLWAY, SUSAN O. | 6/9/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544